IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | **Case No. 2:22-cr-127** |
| vs. | : | **JUDGE WATSON** |
| **CAROL TERREL,** | : | |
| Defendant | : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Now comes the Defendant, by and through counsel, and requests a continuance of the sentencing hearing date currently scheduled for January 17, 2023. The reason for this request is that due to a miscommunication regarding the place of sentencing, Ms. Terrel needs additional time to arrange time off work and care for her juvenile daughter. The assistant U.S. attorney assigned to this matter is not opposed to this request.

The defendant hereby waives her right to a speedy trial by the filing of this motion. Counsel asserts that granting this continuance will serve the ends of justice and outweigh the best interests of the public and the defendant in having a speedy trial.

Respectfully submitted,

/s/ Stephen D. Dehnart
_____
Stephen D. Dehnart  (0039275)
Attorney for Defendant
520-B S State St., Suite 169
Westerville, Ohio 43081
Phone:  (614) 425-1088

- 2 -

dehnartlaw3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document has been served by electronic delivery through PACER/ECF service upon the Assistant United States Attorney, this 9th day of January, 2023.

/s/Stephen D. Dehnart
_____
Stephen D. Dehnart (0039275)
Attorney for Defendant